**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FIZA JAVID, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M.A.C. COSMETICS, INC.,<br><br>Defendant. | Case No. 1:25-cv-11693<br><br>District Judge Georgia N. Alexakis<br>Magistrate Judge Gabriel A. Fuentes |

**DEFENDANT M.A.C. COSMETICS, INC.'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant M.A.C. Cosmetics, Inc. ("M.A.C." or "Defendant") hereby moves this Court for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Class Action Complaint dated August 25, 2025 and timely removed to this Court on September 26, 2025 (ECF No. 1) ("Complaint") in its entirety, with prejudice.

WHEREFORE, for all of the reasons set forth in the supporting memorandum of law in support of this Motion, M.A.C. respectfully requests that the Court grant M.A.C.'s Motion, dismiss the Complaint in its entirety with prejudice, and grant M.A.C. such other and further relief as the Court deems proper.

The Parties have conferred and agreed to the following briefing schedule:

| | |
|---|---|
| Plaintiff's Opposition | December 15, 2025 |
| Defendant's Reply | January 9, 2026 |

Dated: November 10, 2025

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: */s/ Brett M. Doran*

Gregory E. Ostfeld
Brett M. Doran
Craig Martin
360 North Green Street, Suite 1300
Chicago, Illinois 60607
(312) 456-8400
ostfeldg@gtlaw.com
doranb@gtlaw.com
craig.martin@gtlaw.com

*Attorney for M.A.C. Cosmetics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 10, 2025, the foregoing was filed using the Court's CM/ECF system, which provides notice of such filing to all counsel of record in this action

*/s/ Brett M. Doran*
Brett M. Doran